DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

DANIEL LAWRENCE BERGERON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-1942

_____

November 14, 2025

Appeal from the Circuit Court for Pinellas County; Kimberly Todd, Judge.

Blair Allen, Public Defender, and Tosha Cohen, Assistant Public Defender, Bartow, for Appellant.

Daniel Lawrence Bergeron, pro se.

James Uthmeier, Attorney General, Tampa, for Appellee.


Affirmed.

NORTHCUTT, BLACK, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior publication.